Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:    (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY STREET,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE UNDERWEAR EXPERT INC. D/B/A WWW.UNDERWEAREXPERT.COM,<br><br>　　　　　　Defendant. | **Civil Case No.: 5:25-cv-01515-MCS-AJR**<br><br>**NOTICE OF SETTLEMENT AND REQUEST THAT ALL DATES AND DEADLINES BE ADJOURNED**<br><br>Judge:　　　　Mark C. Scarsi<br><br>Crtrm.:　　　　7C<br><br>Trial Date:　　None Set |

**TO THE COURT:**

Please be advised that the Parties in the above captioned action have reached an agreement in principle resolving the action and expect to memorialize and execute the settlement and dismiss the action within forty-five (45) days.

The Parties anticipate that they will file a Joint Request for Dismissal, by not later than September 4, 2025.

The Parties request that all dates and deadlines be adjourned pending the forthcoming Joint Request for Dismissal.

Dated: July 25, 2025

**BRODSKY & SMITH**

By: *Evan J. Smith*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*

1